# United States Court of Appeals for the Fifth Circuit

No. 25-10943
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 5, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MALLORY TAYLOR,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CR-203-1

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

Mallory Taylor appeals his guilty plea conviction and sentence for possession of a firearm by a convicted felon. For the first time on appeal, Taylor challenges the district court's application of the two-level enhancement under U.S.S.G. § 2K2.1(b)(1)(A), asserting that the evidence did not establish that he possessed at least three firearms.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-10943

The evidence supports a plausible inference that Taylor was in constructive possession of at least two firearms, in addition to the one he admitted to possessing. *See United States v. Meza*, 701 F.3d 411, 419 (5th Cir. 2012). Accordingly, Taylor has not shown that the district court committed a clear or obvious error in applying the enhancement. *See Puckett v. United States*, 556 U.S. 129, 135 (2009).

Additionally, Taylor asserts that 18 U.S.C. § 922(g)(1) violates the Second Amendment on its face and that it also exceeds Congress's authority under the Commerce Clause. However, he concedes that these issues are foreclosed. *See United States v. Diaz*, 116 F.4th 458, 471-72 (5th Cir. 2024), *cert. denied*, 145 S. Ct. 2822 (2025); *United States v. Alcantar*, 733 F.3d 143, 145 (5th Cir. 2013).

AFFIRMED.